Certificate Number: 05781-VAE-DE-035304439

Bankruptcy Case Number: 20-12435



05781-VAE-DE-035304439

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 10, 2020</u>, at <u>5:51</u> o'clock <u>PM PST</u>, <u>Edgar Apacible</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Virginia</u>.

Date:  <u>January 26, 2021</u>          By:    <u>/s/Allison M Geving</u>

                                      Name:  <u>Allison M Geving</u>

                                      Title: <u>President</u>